1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore



FILED
MAR 07 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:13-cv-00946-AWI-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| vs. | |
| CAL SKATE CLOVIS, et al., | |
| Defendants. | |

1  IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants
2  Cal Skate Clovis, Inc. and Clovis Skate Building, L.P., the parties to this action, by and through
3  their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the
4  above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own
5  attorneys' fees and costs.

Date: February 21, 2014                MOORE LAW FIRM, P.C.

                                       /s/ Tanya E. Moore
                                       Tanya E. Moore
                                       Attorneys for Plaintiff
                                       Ronald Moore

Date: February 21, 2014                KRING & CHUNG, LLP

                                       /s/ Shane Singh
                                       Shane Singh
                                       Attorneys for Defendants
                                       Cal Skate Clovis, Inc. and Clovis Skate Building, L.P.

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: 3-7-14                          _____
                                       United States District Judge

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 2